

U.S. Department of Justice

Environment and Natural Resources Division

---

*P.O. Box 7415*  
*Washington, DC  20044*

*Telephone: (202) 598-0402*  
*rebecca.jaffe@usdoj.gov*

**Oral Argument is on November 8, 2023.**

October 20, 2023

**<u>VIA CM/ECF</u>**

Ms. Patricia S. Dodszuweit  
Clerk of the Court  
United States Court of Appeals for the Third Circuit  
21400 U.S. Courthouse  
601 Market Street  
Philadelphia, PA 19106-1790

    Re:    Rule 28(j) citation pertinent to *Trenton Threatened Skies v. Federal Aviation Admin.*, No. 22-1965

Dear Ms. Dodszuweit:

    This letter provides notice of recent orders in a different case with the same name, *Trenton Threatened Skies v. Federal Aviation Admin.*, No. 22-3040 (3rd Cir.).  In October 2022, some Petitioners in this case filed a separate petition for review challenging the Federal Aviation Administration's (FAA) "Categorical Exclusion for Terminal Building Modifications at the Trenton Mercer Airport," dated July 27, 2013.  *See* Case No. 22-3040.  In August 2023, the Court dismissed Case 22-3040 because the categorical exclusion was not a final order and because the petition was untimely.  Order, Case No. 22-3040, ECF No. 26-1 (Aug. 17, 2023).  In October 2023, the Court denied a petition for panel rehearing filed in Case 22-3040.  Order, Case No. 22-3040, ECF No. 28 (Oct. 17, 2023).

    The briefs in this case contain references to Case 22-3040 and the underlying 2013 categorical exclusion that was challenged in that case.  The parties all referenced Case 22-3040 in their statements of related cases.  Opening Br. 9; FAA Br. viii; Mercer County Br. i.  In their Opening Brief, Petitioners discuss the 2013 categorical exclusion challenged in case 22-3040.  Opening Br. 16-17, 19-20, 30-31, 43.  In its response brief, FAA noted that it had urged the Court to dismiss

the petition challenging the 2013 categorical exclusion. FAA Brief 22 n.7; *see also* Mercer County Br. 8-9 (noting Case 22-3040 and referring to mootness and statute of limitations arguments in that case). In their reply brief, Petitioners reference the 2013 categorical exclusion challenged in Case 22-3040. *E.g.*, Reply 23-24, 30-31, 33.

      FAA now submits this letter to advise the Court that Case 22-3040 has been dismissed and rehearing has been denied.

                                  Respectfully submitted,

                                  *s/ Rebecca Jaffe*
                                  Rebecca Jaffe
                                  Attorney for Federal Respondents

cc (via CM/ECF): All counsel of record

# CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, I electronically filed the foregoing letter with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

s/ *Rebecca Jaffe*
REBECCA JAFFE

Counsel for Federal Respondents

# CERTIFICATE OF COMPLIANCE

I hereby certify:

1.     This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 28(j) because, excluding the parts of the document exempted by Rule 32(f), this document contains 272 words.

2.     This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

3.     This document complies with the electronic filing requirements of Local Rule 31.1(c) because the electronic version of this letter was scanned with a commercial virus scanning program, Microsoft Defender Antivirus, version 1.399.1005.0, and, according to the program, is free of viruses.

                                        s/ *Rebecca Jaffe*
                                        REBECCA JAFFE

                                        Counsel for Federal Respondents

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-107

No. 22-3040

TRENTON THREATENED SKIES INC; ROBIN KARPF; RICHARD PRESTON,
Petitioners

v.

FEDERAL AVIATION ADMINISTRATION; UNITED STATES DEPARTMENT OF TRANSPORTATION; ADMINISTRATOR FEDERAL AVIATION ADMINISTRATION; SECRETARY UNITED STATES DEPARTMENT OF TRANSPORTATION

Present:  KRAUSE, PORTER, CHUNG, Circuit Judges

1. Clerk's submission for possible dismissal due to jurisdictional defect.

2. Response filed by Respondents Administrator Federal Aviation Administration, DOT, FAA and Secretary United States Department of Transportation to possible dismissal due to jurisdictional defect..

3. Response filed by Petitioners Robin Karpf, Richard Preston and Trenton Threatened Skies Inc. to possible dismissal due to jurisdictional defect.

4. Response filed by Intervenor Respondent County of Mercer to possible dismissal due to jurisdictional defect

5. Motion filed by Respondents Administrator Federal Aviation Administration, DOT, FAA and Secretary United States Department of Transportation to stay the deadline to file the certified list of the administrative record.

6. Response filed by Petitioners Robin Karpf, Richard Preston and Trenton Threatened Skies Inc to motion to stay.

7. Reply by Respondents Administrator Federal Aviation Administration, DOT, FAA and Secretary United States Department of Transportation to for stay

8. Supplemental Jurisdictional Response filed by Petitioners Robin Karpf, Richard Preston and Trenton Threatened Skies Inc..

Respectfully,<br>Clerk/JK

_____ORDER_____

Three petitioners seek review of the Federal Aviation Administration's 2013 finding that an airport's "terminal building modifications" project was categorically excluded from further environmental review. This "CATEX" decision was necessitated by and made in furtherance of the airport's application asking the FAA to approve imposing and using passenger facility charges ("PFCs") to finance the project. See 49 U.S.C. § 40117; 14 C.F.R. §§ 158.1–.97. The FAA made its CATEX decision in June 2013, approved the airport's PFC application in July 2013, and published the PFC approval in the Federal Register in December 2013.

The petitioners sought review of the CATEX decision under 49 U.S.C. § 46110(a) in October 2022, claiming they had only recently discovered the 2013 CATEX decision.

The CATEX decision was not a final order of the type that can be appealed under 49 U.S.C. § 46110(a). See Aerosource, Inc., v. Slater, 142 F.3d 572, 576–78 (3d Cir. 1998) (reading § 46110(a) to contain finality requirement). Instead, the CATEX decision was an interlocutory action taken in connection with the airport's ongoing PFC-approval process. See Bennett v. Spear, 520 U.S. 154, 177–78 (1997). The only appealable final order was the FAA's approval of the airport's PFC application. See Ill. Dep't of Transp. v. Hinson, 122 F.3d 370, 371 (7th Cir. 1997) ("Federal law [§ 46110] authorizes judicial review of the FAA's [PFC] order at the behest of anyone who has a 'substantial interest' in the order.").

This petition is untimely with respect to the PFC approval, which was made and published in the Federal Register over eight years before the petition was filed. Petitions must be filed within sixty days. See 49 U.S.C. § 46110(a). That deadline can be extended "if there are reasonable grounds for not filing by the 60th day." See id. But there are no grounds to excuse the petition's untimeliness with respect to the PFC approval published in 2013.

This petition is therefore DISMISSED.

The FAA's motion to stay filing of the administrative record is DISMISSED as moot. Nothing further from the record is required to be filed.

By the Court,<br><br>s/David J. Porter_____<br>Circuit Judge

Dated: August 17, 2023
JK/cc: All Counsel of Record



**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-3040

_____

TRENTON THREATENED SKIES INC; ROBIN KARPF; RICHARD PRESTON,
Petitioners

v.

FEDERAL AVIATION ADMINISTRATION; UNITED STATES DEPARTMENT OF
TRANSPORTATION; ADMINISTRATOR FEDERAL AVIATION
ADMINISTRATION; SECRETARY UNITED STATES DEPARTMENT OF
TRANSPORTATION

_____

ORDER

Present: KRAUSE, PORTER and CHUNG, Circuit Judges

The petition for rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court, and no judge who concurred in the decision having asked for rehearing, the petition for rehearing by the panel is denied.

BY THE COURT,

s/David J. Porter
Circuit Judge

Dated: October 17, 2023
JK/cc: All Counsel of Record